IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                                              **RESPONDENT**

v.                                               No. 1:12-cr-10010

**AARON MAURICE BLAYLCOCK**                                                      **MOVANT**

## SCHEDULING ORDER

On April 24, 2016, the Court ordered the Government to respond to the Motion to Vacate filed in this case. ECF No. 165. That response is due on or before June 24, 2016. On May 19, 2016, the Court appointed the Federal Defender to represent the Movant in this matter. Accordingly the Court enters the following Scheduling Order in this matter:

1. Movant may file a Supplemental or Amended Motion pursuant to 28 U.S.C. § 2255. Any such supplement or amendment shall be filed on or before July 22, 2016.

2. Government's Reply to Motion and any Supplemental or Amended Motion shall be filed on or before August, 26, 2016.

**ENTERED** this **23rd day of June 2016.**

                                                        /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE