IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                               Case No. 1:12-cr-10010
                                 Case No. 1:23-cv-1012

AARON MAURICE BLAYLOCK                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 21, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 253. Defendant Aaron Maurice Blaylock has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 249) be **DENIED**. Any appeal from this dismissal would not be taken in good faith, and a certificate of appealability shall not issue. Additionally, in accordance with the Court's previous, June 11, 2020 order, the Clerk of Court is **DIRECTED** to docket no further motions from Defendant in this case without prior approval from the Court. *See* ECF No. 221, at 13.[1]

**IT IS SO ORDERED**, this 14th day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] By way of explanation for the two case numbers associated with Defendant's motion, the Court notes that Defendant filed the instant motion (ECF No. 249) in the United States District Court for the Central District of California, and the Central District of California transferred the action to the United States District Court for the Western District of Arkansas. ECF No. 251. Upon transfer, the Clerk of Court opened a civil case (No. 1:23-cv-1012) before Judge Bryant instructed the Clerk of Court to file the motion as a § 2255 motion in Defendant's criminal case (No. 1:12-cr-10010).